UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FEDERAL HOME LOAN MORTGAGE CORP.,**
        Plaintiff,

v.                                                            CIVIL ACTION
                                                              NO. 09-11134-MBB

**JOHN CINELLI, et al**
        Defendants

v.

**BOSTON REDEVELOPMENT AUTHORITY,**
        Third Party Defendant,

v.

**THE CITY OF BOSTON, et al**
        Third Party Defendant

ORDER OF DISMISSAL

NOVEMBER 3, 2011

**BOWLER, U.S.M.J.**

The court having been advised that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs. Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                                              /s/ Marianne B. Bowler
                                                              MARIANNE B. BOWLER
                                                              United States Magistrate Judge